■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MCMEANS, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on January 12, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Ross, Milonas and Kassal, JJ.

■ WHIPPANY PAPER BOARD CO., INC., Respondent, v V.C.N.Y., INC., et al., Appellants. WHIPPANY PAPER BOARD CO., INC., Respondent, v V.C.N.Y., INC., et al., Appellants. — Orders, Supreme Court, New York County (Price, J.), entered on November 10, 1982 and August 5, 1982, respectively, unanimously affirmed. Respondent shall recover of appellants one bill of $75 costs and disbursements of these appeals. Appeals from two orders of said court (A. Williams, J.), both entered on July 7, 1981, unanimously dismissed, without costs and without disbursements, as superseded by the orders entered on August 5, 1982 and November 10, 1982. No opinion. Concur — Kupferman, J. P., Asch, Silverman, Bloom and Kassal, JJ. [See 94 AD2d 605.]